FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 3 2016

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

FIRST NATIONAL BANK OF IZARD
COUNTY                                                      PLAINTIFF

vs.                        No. 1:15-cv-00005-JLH (LEAD CASE)

EVERGREEN PROCESSING LLC, f/k/a
B & H RESOURCES, LLC; NORTHSTAR FARMS,
LLC; JOHN P. HARDY; CELTIC BANK; and HELEN
BARTMESS                                                    DEFENDANTS

CELTIC BANK                                        COUNTER-CLAIMANT/
                                                   CROSS-CLAIMANT

vs.

FIRST NATIONAL BANK OF IZARD
COUNTY                                             PLAINTIFF/COUNTER-
                                                   DEFENDANT

EVERGREEN PROCESSING LLC, f/k/a
B & H RESOURCES, LLC; NORTHSTAR FARMS,
LLC; JOHN P. HARDY; and HELEN BARTMESS             DEFENDANT/
                                                   CROSS-DEFENDANT

CELTIC BANK                                        THIRD PARTY PLAINTIFF

vs.

HAYNESVILLE SHALE RENTAL, LLC;
ARK-LA-TEX LEASING, LLC;
ENERGY RENTALS & LEASING, LLC
ELITE COIL TUBING SOLUTIONS, LLC
HARDY ENERGY SERVICES, INC.; and
JAMES P. HARDY, JR.                               THIRD PARTY DEFENDANTS

*****************************************************************************

CELTIC BANK                                                 PLAINTIFF

vs.                        No. 1:15CV00078 KGB

HAYNESVILLE SHALE RENTALS, LLC; and
EVERGREEN PROCESSING, LLC                                   DEFENDANTS

FIRST NATIONAL BANK OF IZARD COUNTY;
HELEN BARTMESS, INDIVIDUALLY, AND AS
EXECUTRIX OF THE ESTATE OF GEORGE
BARTMESS, DECEASED                                    ADDITIONAL DEFENDANTS

## WARNING ORDER

TO:     James P. Hardy,  Jr., individually          Hardy Energy Services, Inc.
        8449 Kelly Lane                             c/o James P. Hardy, Jr., Registered Agent
        Greenwood, LA                               8449 Kelly Lane
                                                    Greenwood, LA

        You are hereby notified that Celtic Bank, by and through its attorneys, Waddell, Cole &

Jones, PLLC, has filed an Amended Counterclaim, Crossclaim and Third Party Complaint

against James P. Hardy, individually, and as agent for service for Hardy Energy Services, Inc., a

copy of which and summonses shall be delivered to you or to your attorney upon request.  You

are also notified that you must appear within by filing your answer or other responsive pleadings

within thirty days of the date of the first publication of this warning order; and in the event of

your failure to do so, judgment by default will be entered against you for the relief demanded in

the complaint.

        **JAMES W. McCORMACK**

        _____   _Jake Kennemay_ D.C.

        Clerk

        Date:  June 3, 2016